

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

PNC Equipment Finance, LLC, Appellant

No. 06-18-00113-CV        v.

Matthew Ward Hanna, Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV-41330). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, PNC Equipment Finance, LLC, pay all costs of this appeal.

RENDERED AUGUST 16, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk